1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
2 Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
3 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4 Telephone: 702.893.3383
Facsimile: 702.893.3789
5
*Attorneys for The Smith Center for the
6 Performing Arts*

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

11 BROCK SOUSA, | Case No. 2:25-cv-02398-BNW

12         Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

13 vs.

14 THE SMITH CENTER FOR THE PERFORMING ARTS, | **[FIRST REQUEST]**

15         Defendant.

16

17

18     Plaintiff BROCK SOUSA ("Plaintiff") and Defendant THE SMITH CENTER FOR THE

19 PERFORMING ARTS ("Defendant," and together with Plaintiff, the "Parties"), by and through

20 their respective counsel of record, hereby stipulate and agree as follows:

21     1.    Plaintiff filed his Complaint in the Eighth Judicial District Court, Clark County,

22 Nevada, Case No. A-25-926495-C (the "State Court Action") on August 25, 2025. Plaintiff served

23 Defendant in the State Court Action on November 4, 2025.

24     2.    A Stipulation and Order for an Extension of Time to Answer or Otherwise Respond

25 to Plaintiff's Complaint was entered in the State Court Action on November 24, 2025, extending

26 Defendant's time to respond to Plaintiff's Complaint to and including December 17, 2025.

27     3.    Defendant timely removed this action to this Court on December 3, 2025 [Dkt. No.

28 1].

168232180.1

4. Under Federal Rule of Civil Procedure Rule 81(c)(2)(C), Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint in this action is December 10, 2025.

5. The Parties hereby stipulate to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to and including December 24, 2025.

6. This stipulated extension is made in good faith and not for the purpose of delay. This is the first extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

| Dated this 10th day of December, 2025 | Dated this 10th day of December, 2025 |
|---|---|
| GREENBERG GROSS LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ David C. Kiebler (with permission)<br>JEMMA E. DUNN<br>Nevada Bar No. 16229<br>MATTHEW T. HALE<br>Nevada Bar No. 16880<br>DAVID C. KIEBLER<br>Nevada Bar No. 16724<br>MARIAN L. MASSEY<br>Nevada Bar No. 14579<br>1980 Festival Plaza Drive, Suite 730<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff Brock Sousa* | /s/ Jessica L. Beeler<br>JESSICA L. BEELER<br>Nevada Bar No. 15387<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br><br>*Attorneys for Defendant The Smith Center for the Performing Arts* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2025

168232180.1                     2