# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROCK SOUSA, | Case No.: 2:25-cv-02398-APG-BNW |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 16] |
| THE SMITH CENTER FOR THE PERFORMING ARTS, | |
| Defendant | |

In light of the parties' having reached a settlement (ECF No. 30),

I ORDER that the defendant's motion to dismiss (ECF No. 16) is DENIED as moot, without prejudice to refiling it if the settlement does not finalize.

DATED this 3rd day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE