JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MMassey@GGTrialLaw.com*

Attorneys for Plaintiff
Brock Sousa

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROCK SOUSA, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>THE SMITH CENTER FOR THE PERFORMING ARTS, a Nevada corporation,<br><br>       Defendant. | Case No.: 2:25-cv-02398-APG-BNW<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Brock Sousa ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendant The Smith Center For The Performing Arts ("Defendant"), by and through its counsel of record, Lewis Brisbois Bisgaard & Smith LLP, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS SO STIPULATED.**

DATED: April 15, 2026.

DATED: April 15, 2026.

*/s/ David Kiebler*
David C. Kiebler
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
DKiebler@GGTrialLaw.com

*Attorneys for Plaintiff*

*/s/ Jeffrey H. McClelland*
Jeffrey H. McClelland (Admitted *Pro Hac Vice*)
Jessica L. Beeler
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Jeffrey.McClelland@lewisbrisbois.com

6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Jessica.Beeler@lewisbrisbois.com

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:___April 20, 2026_____

---

2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE